UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIFFANY HSUEH,

                Plaintiff,

                                                    No. 15-cv-03401 (PAC)

      -against-

THE NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES a/k/a THE DEPARTMENT
OF FINANCIAL SERVICES and ABRAHAM
GUEVARA, *Individually*,

                Defendants.

---

## NOTICE OF DEFENDANT DFS'S MOTION FOR
## SPOLIATION SANCTIONS AGAINST PLAINTIFF

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the supporting Declaration of Eva L. Dietz, Esq., and the exhibits thereto, and all prior pleadings, papers and proceedings herein, defendant New York State Department of Financial Services ("DFS") hereby moves this Court, before the Honorable Paul A. Crotty, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order imposing spoliation sanctions against plaintiff and granting such other and further relief as the Court deems just and proper.

Dated:   New York, New York
           June 13, 2016

                                                    Respectfully submitted,

                                                    Eric T. Schneiderman
                                                  Attorney General of the State of New York
                                                  <u>Attorney for defendant DFS</u>
                                                  By: _____
                                                  Eva L. Dietz

Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-6211
Eva.Dietz@ag.ny.gov